NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KEITH R. LONG, DOC #079409,        )
                                   )
            Appellant,             )
                                   )
v.                                 )      Case No. 2D18-2140
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____    )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Keith R. Long, pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, KELLY, and ATKINSON, JJ., Concur.